**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


JOSEPHINE SMITH,

            Plaintiff,

v.                                    CASE NO.  4:00cv449-RH/WCS

MICHAEL J. ASTRUE,

            Defendant.

_____/


## ORDER AFFIRMING COMMISSIONER'S DECISION


This matter is before the court on the magistrate judge's report and recommendation (document 57), and the objections thereto (document 58).  I have reviewed *de novo* the issues raised by the objections.

Plaintiff's social security benefits were suspended upon her conviction and resulting imprisonment on a felony offense.  The report and recommendation correctly concludes that the suspension was proper.

The primary assertion in plaintiff's objections is that she was not in fact guilty of the felony offense.  But the Commissioner need not—and indeed cannot—make an independent determination of plaintiff's guilt.  For these

purposes, the conviction is controlling, unless and until vacated in appropriate

proceedings separate and apart from these social security proceedings.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The Commissioner's decision is AFFIRMED.  The clerk shall enter

judgment accordingly and close the file.

SO ORDERED this 19th day of February, 2008.

s/Robert L. Hinkle
Chief United States District Judge